| EDWARD P. MANGANO | | CARNELL T. FOSKEY |
| --- | --- | --- |
| County Executive | | County Attorney |



**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
516-571-3056
FAX: 516-571-3058

Writer's Telephone: 516-571-0709
Writer's Facsimile: 516-571-3058
Writer's E-Mail: rfemia@nassaucountyny.gov

October 20, 2014

Hon. Arlene R. Lindsay
United States Magistrate Judge
United States District Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:    Fariello v. County of Nassau et al.
               Docket No. 14-CV-3734 (JFB) (ARL)

Dear Judge Lindsay:

     The Office of the Nassau County Attorney represents Defendants The County of Nassau, Nassau County Police Officer Stephen B. McPhail, and Sergeant Robert A. Cohen in connection with the above-referenced matter.

     On October 1, 2014, your Honor issued an order requiring Plaintiff and Defendants to file a letter application at least forty-eight hours prior to the date of the scheduled conference stating their agreement with the proposed order and requesting that the initial conference be canceled. The parties have conferred and have agreed upon the proposed dates.

     Thus, it is hereby requested that the initial conference be cancelled.

     Thanking the Court for its consideration, I remain

                                  Respectfully,
                                  _____/s/_____
                                  Richard J. Femia
                                  Deputy County Attorney

To:    SULLIVAN & BRILL, LLP
        Jon Rubenstein, Esq.
        115 Broadway, 17th floor
        New York, NY 10006
        (Via ECF)