| EDWARD P. MANGANO |  | CARNELL T. FOSKEY |
|---|---|---|
| County Executive | | County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
516-571-3056

Writer's Telephone: 516-571-3933
Writer's Facsimile: 516-571-3058
Writer's E-Mail: mbarresi@nassaucountyny.gov

February 8, 2016

Honorable Arlene R. Lindsay
US District Court Magistrate Judge
Eastern District of New York
100 Federal Plaza – P.O. Box 9014
Central Islip, NY 11722-9014

     Re:    *DOMINICK FARIELLO V. THE COUNTY OF NASSAU, et. al..*
            14 CV 03734 (JMA)(ARL)

Dear Magistrate Lindsay:

     The Nassau County Attorney's Office represents Defendants County of Nassau, Police Officer Stephen B. McPhail and Sergeant Robert A. Cohen ("County Defendants") in the above-referenced matter. The purpose of this letter is to respectfully request a brief adjournment of the settlement conference recently re-scheduled to February 10, 2016 via electronic order dated February 8, 2016.

     Undersigned counsel is currently scheduled for mandatory jury selection in Nassau County Supreme Court on February 10, 2016. Therefore, County Defendants, with the consent of Plaintiff, respectfully request that the settlement conference be adjourned to an alternative date that is convenient for the Court. After conferring with Plaintiff's counsel, the parties are available on either **February 12, 2016** or **February 16, 2016**.

     Thank you for your consideration of the instant application. I remain,

                                         Respectfully submitted,

                                         *Michael J. Barresi*
                                         Michael J. Barresi
                                         Deputy County Attorney

cc:    SULLIVAN & BRILL, LLP (via ECF only)
       *Attorney for Plaintiff*
       James Healy, Esq.
       115 Broadway, 17th Floor
       New York, NY 10006