UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE: ARLENE R. LINDSAY  DATE: April 7, 2016
United States Magistrate Judge
TIME: 2:00 p.m.

DOCKET NO: CV 14-3734 (JMA)

CASE: Fariello v. County of Nassau, et al
___ INITIAL CONFERENCE
___ STATUS CONFERENCE                BY TELEPHONE___
___ SETTLEMENT CONFERENCE
_X_ FINAL CONFERENCE  ORDER

APPEARANCES:   FOR PLAINTIFF:        FOR DEFENDANTS:
               Joseph F. Sullivan    Michael Barresi

**The following rulings were made:**

The parties reached an agreement subject to the terms which were placed on the record. Counsel for the defendants shall notify the plaintiff, on or before April 14, 2016, whether he has received final approval.

SO ORDERED:

_____/s/_____